| | |
|---|---|
| 1 | Joseph Rebein, (Admitted *Pro Hac Vice*) |
| | SHOOK, HARDY & BACON L.L.P. |
| 2 | 2555 Grand Boulevard |
| | Kansas City, Missouri 64108 |
| 3 | Telephone: 816-474-6550 |
| | Facsimile: 816-421-5547 |
| 4 | jrebein@shb.com |
| 5 | |
| | Tammy B. Webb, (Admitted *Pro Hac Vice*) |
| 6 | John K. Sherk, III, (Admitted *Pro Hac Vice*) |
| | SHOOK, HARDY & BACON L.L.P. |
| 7 | One Montgomery, Suite 2700 |
| | San Francisco, California 94104 |
| 8 | Telephone:    415-544-1900 |
| | Facsimile:    415-391-0281 |
| 9 | jsherk@shb.com |
| | tbwebb@shb.com |
| 10 | |
| | *Attorneys for Defendant* |
| 11 | Union Pacific Railroad Company |
| 12 | [additional counsel listed in signature page] |

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO – LAS CRUCES

| | |
|---|---|
| STUART P. MEERSCHEIDT, MARILYN MEERSCHEIDT MORRIS, as trustees of TRUST A, A SUB-TRUST OF STUART PAUL MEERSCHEIDT AND BETTY LOOMIS MEERSCHEIDT REVOCABLE TRUST AGREEMENT DATED JUNE 4, 1990; NEW MEXICO SMELTER & REFINING INC.; SHELBY PHILLIPS, III; KATHERINE A. PHILLIPS; and JANET I. CARSON, on behalf of themselves and all others similarly situated, | Lead Case No.  2:15-cv-00514-JCH-GJF (consolidated with Case No. 2:15-cv-00915-LAM-GBW) <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE STAY** |
| Plaintiffs, | |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, successor to SOUTHERN PACIFIC TRANSPORTATION COMPANY; SFPP, L.P. (formerly known as SANTA FE PACIFIC PIPELINES, INC., formerly known as SOUTHERN PACIFIC PIPELINES, INC.); KINDER MORGAN OPERATING L.P. "D"; and KINDER MORGAN G.P., INC., | |
| Defendants. | |

| | |
|---|---|
| 1 | Pursuant to the Court's January 20, 2017 Order, Doc. # 95, and February 15, 2018, |
| 2 | Doc. # 96, this case has been stayed pending Defendant Union Pacific Railroad Company's |
| 3 | interlocutory appeal to the United States Court of Appeals for the Ninth Circuit. On February |
| 4 | 6, 2018, the court of Appeals entered its opinion in *In re Right-of-Way Claims*, Case No. 16- |
| 5 | 56562 (9th Cir. Feb. 6, 2018). (Ex. A). The mandate from the Ninth Circuit was issued on |
| 6 | February 27, 2018. |
| 7 | All Plaintiffs in these consolidated cases, and Defendants Union Pacific Railroad |
| 8 | Company, SFPP, L.P., Kinder Morgan Operating L.P. "D," and Kinder Morgan G.P., Inc., |
| 9 | (the "Parties") hereby inform the Court that the Parties have reached an agreement to resolve |
| 10 | this litigation, and counsel for the Parties have executed a settlement term sheet. |
| 11 | The Parties respectfully request that the Court enter an order continuing all case |
| 12 | deadlines for a period of 60 days to allow for finalization and performance of the settlement, |
| 13 | and anticipated dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). |

Dated:  March 1, 2018                                    Respectfully submitted,

 s/ Tammy B. Webb_____
Joseph Rebein, (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jrebein@shb.com

Tammy B. Webb, (Admitted *Pro Hac Vice*)
John K. Sherk, III, (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:    415-544-1900
Facsimile:    415-391-0281
jsherk@shb.com
tbwebb@shb.com

John R. Cooney
Brian K. Nichols
Jennifer L. Bradfute

|   |   |
|---|---|
| 1 | MODRALL SPERLING ROEHL HARRIS & SISK, P.A. |
| 2 | P.O. Box 2168 |
|   | Albuquerque, NM 87103-2168 |
| 3 | Telephone: 505-848-1800 |
|   | Facsimile: 505-848-9710 |
| 4 | jcooney@modrall.com |
|   | bkn@modrall.com |
| 5 | jlb@modrall.com |
| 6 | Attorneys for Defendant |
|   | Union Pacific Railroad Company |

(Lines 7–28 blank)

**CERTIFICATE OF SERVICE**

I hereby certify that on, March 1, 2018, the following document was served via email to all counsel involved.

                                             s/ *Tammy B. Webb*
                                             Tammy Webb