# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

STUART P. MEERSCHEIDT, et al.,

    Plaintiffs,

v.                                                          Civ. No. 15-514 JCH/GJF

UNION PACIFIC RAILROAD COMPANY, et al.,

    Defendants.

## ORDER EXTENDING STAY AND
## SETTING DEADLINE FOR CLOSING DOCUMENTS

**THIS MATTER** comes before the Court on the parties' "Notice of Settlement and Request to Continue Stay" ("Notice") filed March 1, 2018. ECF No. 97. Having reviewed the Notice and considered the parties' stipulations, the Court **ORDERS** the following:

**IT IS HEREBY ORDERED** that the stay in this case shall persist up to and until April 30, 2018.

**IT IS FURTHER ORDERED** that the parties shall jointly file closing documents by April 30, 2018.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE