IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION

| | |
|---|---|
| STUART P. MEERSCHEIDT and MARILYN MEERSCHEIDT MORRIS, as trustees of TRUST A, A SUB-TRUST OF THE STUART PAUL MEERSCHEIDT AND BETTY LOOMIS MEERSCHEIDT REVOCABLE TRUST AGREEMENT DATED JUNE 4, 1990; NEW MEXICO SMELTER & REFINING INC.; SHELBY PHILLIPS, III; KATHERINE A. PHILLIPS; and JANET I. CARSON, on behalf of herself and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, successor to SOUTHERN PACIFIC TRANSPORTATION COMPANY, SFPP, L.P. (formerly known as SANTA FE PACIFIC PIPELINES, INC., formerly known as SOUTHERN PACIFIC PIPELINES, INC.), KINDER MORGAN OPERATING L.P. "D", and KINDER MORGAN G.P., INC.,<br><br>     Defendants. | Case No. 2:15-cv-00514-JCH/GJF |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all remaining Plaintiffs in this matter (specifically, **Shelby Phillips, III, Katherine A. Phillips, and Janet I. Carson**) and Defendants Union Pacific Railroad Company (formerly known as Southern Pacific Transportation Company) and SFPP, L.P. (formerly known as Santa Fe Pacific Pipelines, Inc. and Southern Pacific Pipelines, Inc.), Kinder Morgan Operating L.P. "D", and

Kinder Morgan G.P., Inc. (collectively "Defendants"), hereby stipulate to dismiss all claims and counterclaims asserted by these Plaintiffs or Defendants **with prejudice**. The Parties will bear their own costs.

Dated: May 2, 2018                                        Respectfully Submitted,

| | |
|---|---|
| Thomas S. Stewart (*admitted pro hac vice*) | /s/ Norman E. Siegel |
| Elizabeth G. McCulley | Norman E. Siegel (*admitted pro hac vice*) |
| (*admitted pro hac vice*) | Barrett J. Vahle (*admitted pro hac vice*) |
| STEWART, WALD & MCCULLEY, LLC | Ethan M. Lange (*admitted pro hac vice*) |
| 2100 Central, Suite 22 | STUEVE SIEGEL HANSON LLP |
| Kansas City, Missouri 64108 | 460 Nichols Road, Suite 200 |
| Phone: (816) 303-1500 | Kansas City, Missouri 64112 |
| Fax: (816) 527-8068 | Phone: (816) 714-7100 |
| stewart@swm.legal | Fax: (816) 714-7101 |
| mcculley@swm.legal | siegel@stuevesiegel.com |
| | vahle@stuevesiegel.com |
| Steven M. Wald (*admitted pro hac vice*) | lange@stuevesiegel.com |
| STEWART, WALD & MCCULLEY, LLC | |
| 12747 Olive Blvd., Suite 280 | |
| St. Louis, Missouri 63141 | |
| Phone: (314) 720-6190 | |
| Fax: (314) 400-7724 | |
| wald@swm.legal | |

*Counsel for Plaintiffs*

Dated: May 2, 2018

Respectfully submitted,
SHOOK, HARDY & BACON L.L.P.


By: */s/ Tammy B. Webb*
　　Tammy B. Webb
　　(Admitted *Pro Hac Vice*)
　　Shook, Hardy & Bacon L.L.P.
　　One Montgomery, Suite 2700
　　San Francisco, California 94104
　　Telephone: 415.544.1900
　　Facsimile: 415.391.0281
　　tbwebb@shb.com
　　jsherk@shb.com

　　Joseph Rebein
　　(Admitted *Pro Hac Vice*)
　　Shook, Hardy & Bacon L.L.P.
　　2555 Grand Boulevard
　　Kansas City, MO 64108
　　Telephone: (816) 474-6550
　　Facsimile: (816) 421-5547
　　jrebein@shb.com

*Counsel for Defendant Union Pacific Railroad Company*

Dated: May 2, 2018

By: */s/ M. Ray Hartman III*
　　M. Ray Hartman III
　　Summer J. Wynn
　　COOLEY LLP
　　4401 Eastgate Mall
　　San Diego, CA 92121
　　Telephone: (858) 550-6000
　　Facsimile: (858) 550-6420
　　rhartman@cooley.com
　　swynn@cooley.com

*Counsel for Defendants SFPP, L.P., Kinder Morgan Operating L.P. "D," and Kinder Morgan G.P., Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on May 2, 2018, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which transmitted notice of the filing to all counsel of record.

/s/ Norman E. Siegel
Norman E. Siegel