IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION

STUART P. MEERSCHEIDT and          §
MARILYN MEERSCHEIDT MORRIS,         §
as trustees of TRUST A, A SUB-TRUST §
OF THE STUART PAUL                  §
MEERSCHEIDT AND BETTY LOOMIS        §
MEERSCHEIDT REVOCABLE TRUST         §          CONSOLIDATED CASES:
AGREEMENT DATED JUNE 4, 1990;       §          Case No. 2:15-cv-00514-JCH-GJF
NEW MEXICO SMELTER & REFINING       §          Case No. 2:15-cv-00915-JCH-GJF
INC.; SHELBY PHILLIPS, III;         §
KATHERINE A. PHILLIPS; and JANET    §
I. CARSON, on behalf of herself and all §
others similarly situated,          §
                                    §
          Plaintiffs,               §
                                    §
v.                                  §
                                    §
UNION PACIFIC RAILROAD              §
COMPANY, successor to SOUTHERN     §
PACIFIC TRANSPORTATION             §
COMPANY, SFPP, L.P. (formerly known §
as SANTA FE PACIFIC PIPELINES,     §
INC., formerly known as SOUTHERN   §
PACIFIC PIPELINES, INC.), KINDER   §
MORGAN OPERATING L.P. "D", and     §
KINDER MORGAN G.P., INC.,          §
                                    §
          Defendants.

**JOINT NOTICE OF DISMISSAL AND CASE TERMINATION**

Pursuant to the Parties' Joint Stipulations of Dismissal in the master case (Docs.

99 and 101 in No. 2:15-cv-00514), all pending claims, counterclaims, and parties to the

consolidated complaint (Doc. 73 in No. 2:15-cv-00514) have been dismissed, and the

parties respectfully request that the case in its entirety be marked as terminated on the

Court's docket.

Additionally, pursuant to those same stipulations, the parties submit that the

related consolidated case (No. 2:15-cv-00915) is also dismissed in its entirety, and

respectfully request that the case in its entirety be marked as terminated on the Court's

docket.


Dated: May 4, 2018                                    Respectfully Submitted,


Thomas S. Stewart (*admitted pro hac vice*)          /s/ Barrett J. Vahle
Elizabeth G. McCulley                                Norman E. Siegel (*admitted pro hac vice*)
(*admitted pro hac vice*)                            Barrett J. Vahle (*admitted pro hac vice*)
STEWART, WALD & MCCULLEY, LLC                        Ethan M. Lange (*admitted pro hac vice*)
2100 Central, Suite 22                               STUEVE SIEGEL HANSON LLP
Kansas City, Missouri 64108                          460 Nichols Road, Suite 200
Phone: (816) 303-1500                                Kansas City, Missouri 64112
Fax: (816) 527-8068                                  Phone: (816) 714-7100
stewart@swm.legal                                    Fax: (816) 714-7101
mcculley@swm.legal                                   siegel@stuevesiegel.com
                                                     vahle@stuevesiegel.com
                                                     lange@stuevesiegel.com
Steven M. Wald (*admitted pro hac vice*)
STEWART, WALD & MCCULLEY, LLC
12747 Olive Blvd., Suite 280
St. Louis, Missouri 63141
Phone: (314) 720-6190
Fax: (314) 400-7724
wald@swm.legal

**Counsel for Plaintiffs**


2

Dated: May 4, 2018                          Respectfully submitted,

                                            SHOOK, HARDY & BACON L.L.P.


                                            By: */s/ Tammy B. Webb*                    _
                                                Tammy B. Webb
                                                (Admitted *Pro Hac Vice*)
                                                Shook, Hardy & Bacon L.L.P.
                                                One Montgomery, Suite 2700
                                                San Francisco, California 94104
                                                Telephone: 415.544.1900
                                                Facsimile: 415.391.0281
                                                tbwebb@shb.com
                                                jsherk@shb.com

                                                Joseph Rebein
                                                (Admitted *Pro Hac Vice*)
                                                Shook, Hardy & Bacon L.L.P.
                                                2555 Grand Boulevard
                                                Kansas City, MO 64108
                                                Telephone: (816) 474-6550
                                                Facsimile: (816) 421-5547
                                                jrebein@shb.com

                                            *Counsel for Defendant Union Pacific Railroad
                                            Company*

3

Dated: May 4, 2018

Respectfully submitted,

By: */s/ M. Ray Hartman III*
    M. Ray Hartman III
    Summer J. Wynn
    COOLEY LLP
    4401 Eastgate Mall
    San Diego, CA 92121
    Telephone: (858) 550-6000
    Facsimile: (858) 550-6420
    rhartman@cooley.com
    swynn@cooley.com

*Counsel for Defendants SFPP, L.P., Kinder Morgan Operating L.P. "D," and Kinder Morgan G.P., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 4, 2018, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which transmitted notice of the filing to all counsel of record.

/s/ Barrett J. Vahle
Barrett J. Vahle